In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-455 CR


NO. 09-05-477 CR


____________________



SHARISSE DAVONNE ROBERSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 92298 and 92794






MEMORANDUM OPINION


 Sharisse Davonne Roberson was convicted for the offense of attempted arson in
Cause Nos. 92298 and 92794. Roberson filed notices of appeal on October 11, 2005. In
each case, the trial court entered a certification of the defendant's right to appeal in which
the court certified that this is a plea-bargain case and the defendant has no right of appeal. 
See Tex. R. App. P. 25.2(a)(2). The trial court's certifications have been provided to the
Court of Appeals by the district clerk.

 We notified the parties that the appeals would be dismissed unless amended
certifications were filed within thirty days of the date of the notices and made a part of the
appellate records. See Tex. R. App. P. 37.1. The parties have not identified any issues
that distinctly relate to punishment rather than to the decision to adjudicate, and the records
have not been supplemented with amended certifications. Because a certification that
shows the defendant has the right of appeal has not been made part of the record, the
appeals must be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered December 7, 2005

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.